IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| **KEVIN R. ALSOP and BIG BEAR AMERICAN MADE CHOPPERS, INC.,** | ) ) ) | |
| **Plaintiffs** | ) ) | |
| v | ) ) | |
| **CAROLINA CUSTOM PRODUCTS, INC.,** | ) ) ) | **CIVIL NO. 5:07 CV 080** |
| **Defendant.** | ) ) | |

## ORDER

**THIS MATTER** is before the court upon the plaintiffs' motion for admission *pro hac vice* (#31) of Edward R. Schwartz, of the law firm of Christie Parker & Hale LLP, Pasadena, CA, to appear as counsel for the plaintiffs in this matter filed on August 22, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiffs' motion is **ALLOWED**, and that Edward R. Schwartz is hereby granted special admission to the bar of this court, after payment of the admission fees having been paid to the Clerk of this court.

Signed: August 23, 2007

Dennis L. Howell
United States Magistrate Judge