UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

KEVIN R. ALSOP AND BIG BEAR
AMERICAN MADE CHOPPERS, INC.,

    Plaintiffs,

v.

CAROLINA CUSTOM PRODUCTS, INC.,

    Defendant.

Case No. 5:07CV80-V

**O R D E R**

1. For good cause showing, this case is hereby dismissed with prejudice.

2. This Court shall retain jurisdiction for the purpose of enforcing and interpreting the Agreement.

Signed: August 25, 2008

Richard L. Voorhees
United States District Judge